IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 94-60444

_____

BARBARA ALLEN, et al.,

                                        Plaintiffs-Appellants,

versus

R & H OIL & GAS COMPANY, et al.,

                                        Defendants,

TRI-STATE OIL SERVICES, INC.,

                                        Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Mississippi

_____

November 16, 1995

ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING EN BANC

(Opinion August 29, 1995, 5th Cir., 1995, ____ F.3d ____)

Before JOLLY, SMITH, and DeMOSS, Circuit Judges.

PER CURIAM:

The petition for rehearing is DENIED, and no member of the panel or judge in regular active service having requested that the court be polled on rehearing en banc (*see* FED. R. APP. P. 35 and 5TH CIR. R. 35), the suggestion for rehearing en banc is DENIED. Although the panel members have some disagreement regarding the interpretation of Mississippi law, the panel is of the unanimous view that the opinion in this case specifically reflects a result under the Mississippi law of punitive damages and is not to be construed as a comment on any similar case that might arise under the law of any other state.